UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| TERRI ANN MOREHEAD,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:21-CV-01676-MLP<br><br>ORDER |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for de novo administrative proceedings. On remand, the Social Security Administration's Appeals Council will direct the Administrative Law Judge to take all necessary steps to issue a new decision, including:

- Reevaluating the opinion evidence pursuant to 20 C.F.R. § 404.1520c;
- Reconsidering the evidence and Plaintiff's residual functional capacity; and
- Continuing the sequential evaluation, including obtaining supplemental vocational expert evidence, if necessary.

Page 1     ORDER - [2:21-CV-01676-MLP]

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 9th day of May, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Ryan Lu
RYAN LU
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2034
Fax:  (206) 615-2531
ryan.lu@ssa.gov